IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSE MENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CA NO. 5:17-cv-00099 |
| | § | |
| SOUTH SAN ANTONIO | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

Defendant South San Antonio Independent School District ("SSAISD") hereby removes Cause No. 2017CI00624 from the 288th Judicial District Court, Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446(a), (b) as follows:

1. On January 12, 2017, Plaintiff Jesse Mendez filed his Original Petition, Request for Disclosure, and Jury Demand ("Original Petition") in the 288th Judicial District Court, Bexar County, Texas, styled *Jesse Mendez v. South San Antonio Independent School District*, Cause No. 2017CI00624. Plaintiff's Original Petition is attached hereto as Exhibit A. Plaintiff has not filed an amended petition.

2. The Original Petition sets forth only one claim, which arises under Federal law: purported violations of the Family and Medical Leave Act (29 U.S.C. §§ 2601-2654, "FMLA"). *See* Exhibit A. Defendant filed its Original Answer and Affirmative Defenses on February 2, 2017. *See* Exhibit E.

3. Plaintiff seeks actual damages, liquidated damages, pre-judgment and post-judgment interest, attorneys' fees, equitable relief, and costs of the litigation. *See* Exhibit A. Plaintiff also seeks other forms of relief which are not recoverable pursuant to the FMLA.

4. Because Plaintiff asserts violations of federal law in his Original Petition, Defendant removes this case based on federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446(a), (b).

5. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely-filed within thirty (30) days of Defendant being served with the Original Petition.

6. True and correct copies of copy of all process, pleadings, orders, and documents from the State Court action served upon defendant, as well as copies of all other documents on file from the State Court action, are filed with this Notice of Removal as follows:

> Exhibit A: Plaintiff's Original Petition, Request for Disclosure, and Jury Demand.
> (*filed January 12, 2017*)
>
> Exhibit B: Bexar County docket information sheet.
>
> Exhibit C: State Court Civil Case Information Sheet.
>
> Exhibit D: State Court Citation and Affidavit of Service.
> (*Defendant served January 23, 2017*)
>
> Exhibit E: Defendant's Original Answer and Affirmative Defenses.
> (*filed February 2, 2017*)

7. No orders were signed or entered in the State Court matter.

8. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Western District of Texas, San Antonio Division, is the Federal District and Division for Bexar County, Texas, where the State Court action was

originally filed, and is where all or a substantial part of the alleged events giving rise to Plaintiff's claims occurred.

9. Mr. Javier Espinoza and Ms. Lara Brock, The Espinoza Law Firm, PLLC, 2211 Danbury Street, San Antonio, Texas 78217, Telephone: 210.229.1300; Fax: 210.229.1302, are Plaintiffs' counsel record. Counsel of record for Plaintiff are admitted to practice in the Western District of Texas.

Respectfully submitted,

**SCHULMAN, LOPEZ,
HOFFER & ADELSTEIN, LLP**

/s/ Ricardo R. Lopez
Ricardo R. Lopez
State Bar No. 24013059
Email: *rlopez@slh-law.com*
Adam D. Courtin
State Bar No. 24053153
Email: *acourtin@slh-law.com*
517 Soledad Street
San Antonio, Texas 78205
Telephone:    210-538-5385
Facsimile:    210-538-5384

**ATTORNEYS FOR DEFENDANT
SOUTH SAN ANTONIO INDEPENDENT
SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. Javier Espinoza and Ms. Lara Brock, The Espinoza Law Firm, PLLC, 2211 Danbury Street, San Antonio, Texas 78217, **Attorneys for Plaintiff, Jesse Mendez.**

/s/ Adam D. Courtin
Attorney for Defendant
South San Antonio Independent School District