**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| JESSE MENDEZ,<br>*Plaintiff,*<br><br>v.<br><br>SOUTH SAN ANTONIO<br>INDEPENDENT SCHOOL DISTRICT<br>*Defendant.* | §<br>§<br>§<br>§     CA NO. 5:17-cv-00099-OLG<br>§<br>§<br>§<br>§ |

## JOINT NOTICE OF SETTLEMENT

The Parties have engaged in discussions in an effort to reach an amicable resolution of all claims in this matter. The Parties have reached a general agreement on the terms for resolving this matter, and are now working to finalize and memorialize those terms. After the terms are finalized and memorialized, which the Parties anticipate will take no more than thirty days, the Parties will inform the Court, and Plaintiff will file pleadings to dismiss this matter.

Respectfully submitted on January 11, 2018.

| | |
|---|---|
| */s/ Javier Espinoza*<br>JAVIER ESPINOZA<br>State Bar No. 24036534<br>Email: *javier@espinozafirm.com*<br>LARA BROCK<br>State Bar No. 24085872<br>Email: *lara@espinozafirm.com*<br>ESPINOZA LAW FIRM, PLLC<br>2211 Danbury Street<br>San Antonio, Texas 78217<br>Telephone: 210. 229.1300<br>Fax: 210. 229.1302<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**JESSE MENDEZ** | */s/ Ricardo R. Lopez*<br>RICARDO R. LOPEZ<br>State Bar No. 24013059<br>Email: *rlopez@slh-law.com*<br>ADAM D. COURTIN<br>State Bar No. 24053153<br>Email: *acourtin@slh-law.com*<br>SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP<br>517 Soledad Street<br>San Antonio, Texas 78205<br>Telephone: 210.538.5385<br>Fax: 210.538.5384<br><br>**ATTORNEYS FOR DEFENDANT**<br>**SOUTH SAN ANTONIO INDEPENDENT**<br>**SCHOOL DISTRICT** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record associated with this matter in the CM/ECF system.

*/s/ Adam D. Courtin*
ATTORNEY FOR DEFENDANT