# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JESSE MENDEZ, § | |
| *Plaintiff*, § | |
| § | |
| v. § | CA NO. 5:17-cv-00099-OLG |
| § | |
| SOUTH SAN ANTONIO § | |
| INDEPENDENT SCHOOL DISTRICT, § | |
| *Defendant*. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jesse Mendez files this Joint Stipulation of Dismissal With Prejudice, thereby dismissing with prejudice all claims asserted against Defendant, South San Antonio Independent School District, with all costs and fees to be taxed against the party incurring same.

It is agreed by Plaintiff and Defendant, through signature of their respective counsel, that all claims of the Plaintiff against Defendant are hereby dismissed with prejudice. Because Defendant has no claims pending against Plaintiff, no claims remain pending in this matter.

*[Signatures on following page]*

Respectfully submitted,

**ESPINOZA LAW FIRM, PLLC**

/s/ Javier Espinoza
Javier Espinoza
State Bar No. 24036534
Email: *javier@espinozafirm.com*
Lara Brock
State Bar No. 24085872
Email: *lara@espinozafirm.com*
2211 Danbury Street
San Antonio, Texas 78217
Telephone: 210-229-1300
Facsimile: 210-229-1302
**ATTORNEYS FOR PLAINTIFF**

**SCHULMAN, LOPEZ,
HOFFER & ADELSTEIN, LLP**

/s/ Ricardo R. Lopez
Ricardo R. Lopez
State Bar No. 24013059
Email: *rlopez@slh-law.com*
Adam D. Courtin
State Bar No. 24053153
Email: *acourtin@slh-law.com*
517 Soledad Street
San Antonio, Texas 78205
Telephone: 210-538-5385
Facsimile: 210-538-5384
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record associated with this matter in the CM/ECF system.

*/s/ Adam D. Courtin*
ATTORNEY FOR DEFENDANT